UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN FARRELL,<br><br>           Plaintiff,<br><br>      v.<br><br>ELI LILLY AND COMPANY,<br><br>           Defendant. | CIVIL ACTION No. 04-12178 (MLW) |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter the appearances of James J. Dillon, John M. Gransky, and Ericka L. Harper of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

                                      Respectfully submitted,

                                      FOLEY HOAG LLP

                                      /s/ John M. Gransky
                                      James J. Dillon (BBO # 124660)
                                      John M. (Granberry) Gransky (BBO# 647086)
                                      Ericka L. Harper (BBO# 652511)
                                      FOLEY HOAG LLP
                                      155 Seaport Boulevard
                                      Boston, MA 02111-2600
                                      (617) 832-1000

Dated:  October 28, 2004

FHBOSTON/1124787.1