UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL

    Plaintiffs

v.                              CA. No. 1:04-CV-12178-MLW

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF APPEARANCE

COME NOW KENNETH M. LEVINE AND SHEILA MONE OF THE FIRM OF KENNETH M. LEVINE & ASSOCIATES, 370 WASHINGTON STREET, BROOKLINE, MASSACHUSETTS 02445 AND FILE THEIR APPEARANCE AS COUNSEL FOR THE PLAINTIFFS IN THE ABOVE REFERENCED MATTER.

RESPECTFULLY SUBMITTED THIS 11TH DAY OF NOVEMBER, 2004

_____
KENNETH M. LEVINE, BBO#296850
SHEILA MONE BBO#634615
370 WASHINGTON STREET
BROOKLINE, MA 02446
617-566-2700

DATED: NOVEMBER 11, 2004

### CERTIFICATE OF SERVICE

I, KENNETH M. LEVINE, SO STATE THAT ON THIS 11TH DAY OF NOVEMBER 2004, I DID SERVE THE ABOVE DOCUMENT UPON COUNSEL FOR THE DEFENDANT VIA FIRST CLASS MAIL.

_____
KENNETH M. LEVINE