UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:04-cv-12178-MLW

CAROLYN FARRELL,
    Plaintiff,

v.

ELI LILLY AND COMPANY,
ABBOTT LABORATORIES, INC.,
PHARMACIA & UPJOHN COMPANY a/k/a THE UPJOHN COMPANY,
DART INDUSTRIES INC., a successor to REXALL DRUG COMPANY, INC.,
GALEXOSMITHKLINE INC., a successor to S.E. MASSENGILL AND
  BURROUGHS-WELCOME,
LANNETT COMPANY, INC., a Pennsylvania Corporation
    Defendants

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

    Please enter the appearance of Peter M. Durney, Esq. of Cornell & Gollub as attorney for defendant Lannett Company, Inc., in the above-referenced matter.

Dated: 11/30/04

Defendant,
Lannett Company, Inc.,
By its attorney,

_____
Peter M. Durney, Esq., BBO # 139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Lannett Company, Inc., hereby certify that on the __1st__ day of December, 2004, a true copy of the foregoing Notice of Withdrawal of Appearance and Notice of Appearance, were served by mail, postage prepaid, directed to:

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee Lynne Robinson-Meyer, Esq.
Steven Jay Lewis, Esq.
Aaron Levine & Associates
1320 Nineteenth Street N. W., Suite 500
Washington, DC 20036

Kenneth M. Levine, Esq.
Sheila Mone, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446

James J. Dillon, Esq.
John M. (Granberry) Gransky, Esq.
Ericka L. Harper, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Lawrence Hedrick Martin, Esq.
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, DC 20006

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Jennifer Gardner Levy
Kirkland & Ellis
Civil Litigation
655 15th Street NW
Washington, DC 20005-5793

Elizabeth Ewert, Esq.
Michael J. McManus, Esq.
Drinkle Biddle LLP
1500 K Street NW, Suite 1100
Washington, DC 20005

John F. Anderson, Esq.
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102

Janet K. Coleman, Esq.
Kathleen Dick Leslie, Esq.
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

J. Paul Mullen, Esq.
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201

_____
Peter M. Durney