IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:04cv-12178-MLW

CAROLYN FARRELL,
    Plaintiff,

v.

ELI LILLY AND COMPANY,
ABBOTT LABORATORIES, INC.,
PHARMACIA & UPJOHN COMPANY a/k/a THE UPJOHN COMPANY,
DART INDUSTRIES INC., a successor to S.E. MASSENGILL AND
  BURROUGHS-WELCOME,
LANNETT COMPANY, INC., a Pennsylvania Corporation
    Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the clerk of the above-named Court:

    Please withdraw my appearance as attorney for defendant Lannett Company, Inc.

Dated: 11/30/04

J. Paul Mullen, Esquire (#391825)
Lord & Whip, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, Maryland 21201
(410) 539-5881