UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN FARRELL,<br><br>          Plaintiff,<br><br>     v.<br><br>ELI LILLY AND COMPANY,<br><br>          Defendant. | CIVIL ACTION No. 04-12178 (MLW) |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Brian L. Henninger of FOLEY HOAG LLP as counsel for

defendant Eli Lilly and Company in the above-captioned matter.


                                        Respectfully submitted,

                                        FOLEY HOAG LLP


                                        /s/ Brian L Henninger
                                        James J. Dillon (BBO # 124660)
                                        Brian L. Henninger (BBO # 657926)
                                        John M. (Granberry) Gransky (BBO# 647086)
                                        Ericka L. Snyder (BBO# 652511)
                                        FOLEY HOAG LLP
                                        155 Seaport Boulevard
                                        Boston, MA 02111-2600
                                        (617) 832-1000

Dated:  January 3, 2005