UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL,

   Plaintiff,

v.

ELI LILLY AND COMPANY, ET AL.,

   Defendants.

Civil Action No. 04-CV-12178-MLW

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of the undersigned as attorneys for the Defendant, Premo Pharmaceutical Laboratories, Inc., in the above-entitled case.

*Julie M. Wade* (signature)
Julie M. Wade (653902)
Jodi B. Buske (657990)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: January 4, 2005

LIBA/1442821.1

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on *Julie M. Wade* Jan 4, 2005