UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CAROLYN FARRELL, | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 04-12178-MLW |
| ELI LILLY AND COMPANY, *et al.,* | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned, Marc C. Laredo and Lisa Cooney, and hereby enter

their appearance for Pharmacia & UpJohn Company *also known as* The UpJohn

Company in the above-captioned matter.

Marc C. Laredo, BBO# 543973
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
617-367-7984

Lisa Cooney, BBO#636631
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA   02109
617-367-7984

Dated: January 12, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail on 1/12/05