UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSETTS

| | |
|---|---|
| COROLYN FARRELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY, et al | ) |
| | ) |
|     Defendant | ) |

## STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Carolyn Farrell, and Defendant, Pharmacia & Upjohn Company *f/k/a* The Upjohn Company *("Upjohn")* and Ortho-McNeil Pharmaceutical, Inc. *("Ortho")* have reached confidential settlements of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendants Upjohn and Ortho. Further, Plaintiff and Defendants Upjohn and Ortho have agreed that Plaintiff and Defendants Upjohn and Ortho will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendants Upjohn and Ortho, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Upjohn and Ortho, each party to bear its own attorneys' fees and costs.

Respectfully submitted,
The Plaintiff, Carolyn Farrell
By her Attorneys

/s

_____
Kenneth M. Levine, Esq. BBO#296850
370 Washington Street
Brookline, MA 02446
 (617) 566-2700

*And*

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee L. Robinson-Meyer, Esq.
AARON M. LEVINE & ASSOCIATES, P.A.
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*


The Defendants, Pharmacia and
Upjohn Company and Ortho-McNeil
Pharmaceutical, Inc.
By their Attorneys,


/s

_____
Elizabeth Ewert (DC#479368)
DRINKER BIDDLE & REATH, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
(202) 842-8800