UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL

    Plaintiffs

v.                                      CA. No. 1:04-cv-12178-MLW

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF WITHDRAWAL

COME NOW Kenneth M. Levine of the firm of KENNETH M. LEVINE & ASSOCIATES, 370 Washington Street, Brookline, Massachusetts 02445 and WITHDRAw my appearance as counsel for the Plaintiff in the above referenced matter.

Respectfully submitted this 4th day of February, 2005.

/s

_____

Kenneth M. Levine, BBO# 296850
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED : February 4, 2005

Certificate of Service

I, Kenneth M. Levine, so state that on this 4th day of February, 2005, I did serve the above document upon counsel for the defendant via first class mail.

/s

_____

Kenneth M. Levine