UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN FARRELL,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, ET AL.,<br><br>Defendants. | Civil Action No.04-CV-12178-MLW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Jodi B. Buske, as counsel for the defendant Premo Pharmaceutical Laboratories, Inc., in the above-entitled case.

          Respectfully submitted,

          PREMO PHARMACEUTICAL
          LABORATORIES, INC.

          By its attorneys,

          /s/ Jodi B. Buske
          Jodi B. Buske (657990)
          GOODWIN PROCTER LLP
          Exchange Place
          Boston, MA 02109-2881
          617.570.1000

Dated: March 15, 2005