UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHSETTS

| | |
|---|---|
| CAROLYN FARRELL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, et al )<br>)<br>Defendant ) | DOCKET NO. 1:04-cv-121378-MLW |

### STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Carolyn Farrell and Defendant, Dart Industries, Inc., have reached confidential settlements of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant, Dart Industries, Inc.  Further, Plaintiff and Defendant, Dart Industries, Inc. have agreed that Plaintiff and Defendant, Dart Industries, Inc. will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiff and Defendant, Dart Industries, Inc., through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Dart Industries, Inc., with each party to bear its own attorneys' fees and costs.

Respectfully submitted,
The Plaintiff, Carolyn Farrell
By her Attorneys

/s/ Sheila E. Mone
_____
Sheila E. Mone BBO#634615
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446
 (617) 566-2700

*And*

      Aaron M. Levine, Esq.
      Brandon J. Levine, Esq.
      Renee L. Robinson-Meyer, Esq.
      AARON M. LEVINE & ASSOCIATES, P.A.
      1320 - 19th Street, N.W., Suite 500
      Washington, D.C. 20036
      *Attorneys for Plaintiffs*


      The Defendant, Dart Industries, Inc.
      By their Attorneys,


      /s/ John F. Anderson
      _____
      John F. Anderson, (DC Bar #393764)
      1660 International Drive
      Suite 600, Tysons Corner
      McLean, VA  22102
      (703) 734-4334

DATED:  MARCH 21, 2005