IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAROLYNE FARRELL,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]   Civil Action No.: 1:04-cv-12178-MLW |
| | ]   Next Event: Scheduling Conference on |
| **ELI LILLY AND COMPANY, et al.,** | ]         April 22, 2005 at 3:00 p.m. |
| | ] |
| **Defendants.** | ] |

## [PROPOSED] SCHEDULING ORDER

The parties propose the following schedule:

July 21, 2005:       Deadline for serving discovery requests.

August 22, 2005:     Deadline for plaintiff to designate experts and provide expert reports pursuant to Rule 26(a)(2).

September 21, 2005:  Deadline for defendants to designate experts and provide expert reports pursuant to Rule 26(a)(2).

November 21, 2005:   All Discovery Closed. The parties agree that experts may be deposed until the close of discovery.

December 21, 2005:   Deadline for filing Dispositive Motions.

February 2006:        Pre-Trial Conference.


DATED: _____           _____
                                        MARK L. WOLF
                                        United States District Judge

|  |  |
|---|---|
| KENNETH M. LEVINE & ASSOCIATES | Respectfully submitted,<br><br>FOLEY HOAG LLP |
| /s/ Sheila Mone<br>SHEILA MONE, BBO#634615<br>370 Washington Street<br>Brookline, MA  02445<br>617-566-2700<br><br>and<br><br>Aaron M. Levine<br>AARON M. LEVINE & ASSOCIATES<br>1320 19th Street, N.W.<br>Suite 500<br>Washington, DC  20036<br>202-833-8040<br><br>Attorneys for Plaintiff | /s/ Brian L. Henninger<br>JAMES J. DILLON, BBO#124660<br>BRIAN L. HENNINGER, BBO#657926<br>155 Seaport Boulevard<br>Boston, MA  02210-2600<br>617-832-1000<br><br>Attorneys for Eli Lilly and Company<br><br>CURLEY & CURLEY, P.C.<br><br>/s/ Robert A. Curley (by permission-rm)<br>ROBERT A. CURLEY, BBO#109180<br>27 School Street<br>Boston, MA  02108<br>617-523-2990<br><br>GOODWIN PROCTER LLP<br><br>/s/ Jodi B. Buske (by permission-rm)<br>JODI M. BUSKE, BBO# 657990<br>Exchange Place<br>Boston, MA  02109-2881<br>617-570-1000<br><br>Attorneys for Defendant Premo<br>    Pharmaceutical Laboratories, Inc. |

                                          CORNELL & GOLLUB

                                  /s/ Peter M. Durney (by permission-rm)
                                  PETER M. DURNEY, BBO#139260
                                  75 Federal Street
                                  Boston, MA  02110
                                  617-482-8100

                                  Attorneys for Defendant Lannett Company, Inc.

Dated: April 14, 2005