IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYNE FARRELL, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 1:04-cv-12178-MLW |
| ] | Next Event: Scheduling Conference on |
| ELI LILLY AND COMPANY, et al., ] | April 22, 2005 at 3:00 p.m. |
| ] | |
| Defendants. ] | |

### LOCAL RULE 16.1(D) STATEMENT

PLEASE TAKE NOTICE THAT the undersigned party to this action, and her Counsel, hereby certify, pursuant to Local Rule 16.1 (D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

a. they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiffs
By their Attorneys,

_____          _____
CAROLYN FARRELL                    SHEILA MONE, BBO#634615
                                   Kenneth M. Levine & Associates
                                   370 Washington Street
                                   Brookline, MA  02446
                                   617-566-2700