UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN FARRELL,<br><br>           Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>           Defendant. | CIVIL ACTION No. 04-12178 (MLW) |

**DEFENDANT ELI LILLY AND COMPANY'S
LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), defendant Eli Lilly and Company and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

|   |   |
|---|---|
| By its attorneys: | ELI LILLY AND COMPANY,<br><br>By: |
| /s/ James J. Dillon<br>James J. Dillon (BBO # 124660)<br>Brian L. Henninger (BBO # 657926)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02111-2600 | /s/ Michael Harrington<br>Michael Harrington<br>Associate General Counsel<br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285 |
| Dated: April 14, 2005 | Dated: March 31, 2005 |

B3013096.1