UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL,

    Plaintiff,

v.

ELI LILLY AND COMPANY, ET AL.,

    Defendants.

Civil Action No.04-CV-12178-MLW

### Local Rule 16.1(D)(3) Certification

Counsel for Premo Pharmaceutical Laboratories certifies that she has conferred with her client with a view to establishing a budget for the costs of conducting full course – and various alternative courses – of litigation and to consider the use of alternative dispute resolution programs.

/s/ Jodi B. Buske
Jodi B. Buske

Dated: March 29, 2005

LIBA/1521349.1