FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 APR 19  A 11: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

C.A. NO.: 1:04-cv-12178-MLW

SCANNED
DATE:
BY:

CAROLYN FARRELL,
    Plaintiff,

v.

ELI LILLY AND COMPANY,
ABBOTT LABORATORIES, INC.,
PHARMACIA & UPJOHN COMPANY a/k/a THE UPJOHN COMPANY,
DART INDUSTRIES INC., a successor to REXALL DRUG COMPANY, INC.,
GALEXOSMITHKLINE INC., a successor to S.E. MASSENGILL AND
  BURROUGHS-WELCOME,
LANNETT COMPANY, INC., a Pennsylvania Corporation
    Defendants

## DEFENDANT LANNETT COMPANY, INC.'S
## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Samuel H. Israel, certify as follows:

1. My name is Samuel H. Israel and I am an attorney with the law firm of Fox Rothschild LLP, and I am counsel to and the authorized representative of Lannett Company, Inc.

2. I am authorized to confer and have conferred with Attorney Peter M. Durney, representing Lannett Company, Inc., regarding the following issues:

   a) a budget for the costs of conducting the full course -- and alternative courses -- of the litigation; and

   b) the advisability of resolving this litigation through the use of various alternative dispute resolution programs.

Date: 4/14/05

Samuel H. Israel

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Lannett Company, Inc., hereby certify that on the ___16___ day of April, 2005, a true copy of the foregoing Defendant Lannett Company, Inc.'s Certificate Pursuant to Local Rule 16.1 (D)(3), was served by mail, postage prepaid, directed to:

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee Lynne Robinson-Meyer, Esq.
Steven Jay Lewis, Esq.
Aaron Levine & Associates
1320 Nineteenth Street N. W., Suite 500
Washington, DC 20036

Sheila Mone, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446

James J. Dillon, Esq.
John M. (Cranberry) Gransky, Esq.
Ericka L. Harper, Esq.
Brian L. Henninger, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Lawrence Hedrick Martin, Esq.
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, DC 20006

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Jennifer Gardner Levy
Kirkland & Ellis
Civil Litigation
655 15th Street NW
Washington, DC 20005-5793

Julie M. Wade, Esq.
Jodi B. Buske, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881

Janet K. Coleman, Esq.
Kathleen Dick Leslie, Esq.
Daniel W. Whitney, Esq.
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

Robert A. Curley, Jr., Esq.
27 School Street
Boston, MA 02108

_____
Peter M. Durney