UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:04-cv-12178-MLW

CAROLYN FARRELL,
    Plaintiff,

v.

ELI LILLY AND COMPANY,
ABBOTT LABORATORIES, INC.,
PHARMACIA & UPJOHN COMPANY a/k/a THE UPJOHN COMPANY,
DART INDUSTRIES INC., a successor to REXALL DRUG COMPANY, INC.,
GALEXOSMITHKLINE INC., a successor to S.E. MASSENGILL AND
  BURROUGHS-WELCOME,
LANNETT COMPANY, INC., a Pennsylvania Corporation
    Defendants

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for defendant Lannett Company, Inc., in the above-referenced matter.

        Respectfully submitted,

        The defendant,
        Lannett Company, Inc.,
        By its attorney,

        Anthony J. Manhart, BBO # 657610
        CORNELL & GOLLUB
        75 Federal Street
        Boston, MA 02110
        TEL: (617) 482-8100
        FAX: (617) 482-3917

CERTIFICATE OF SERVICE

    I, Anthony J. Manhart, attorney for the defendant, Lannett Company, Inc., hereby certify that on the 21st day of April, 2005, a true copy of the foregoing Notice of Appearance was served by mail, postage prepaid, directed to:

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee Lynne Robinson-Meyer, Esq.
Steven Jay Lewis, Esq.
Aaron Levine & Associates
1320 Nineteenth Street N. W., Suite 500
Washington, DC 20036

Sheila Mone, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446

James J. Dillon, Esq.
John M. (Granberry) Gransky, Esq.
Ericka L. Harper, Esq.
Brian L. Henninger, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

Lawrence Hedrick Martin, Esq.
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, DC 20006

Sidney G. Leech
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, MD 21202

Jennifer Gardner Levy
Kirkland & Ellis
Civil Litigation
655 15th Street NW
Washington, DC 20005-5793

Julie M. Wade, Esq.
Jodi B. Buske, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109-2881

Janet K. Coleman, Esq.
Kathleen Dick Leslie, Esq.
Daniel W. Whitney, Esq.
Whitney & Bogris, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204

Robert A. Curley, Jr., Esq.
27 School Street
Boston, MA 02108

_____
Anthony J. Manhart