UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:04-cv-12178-MLW

CAROLYN FARRELL,
       Plaintiff,

v.

ELI LILLY AND COMPANY,
ABBOTT LABORATORIES, INC.,
PHARMACIA & UPJOHN COMPANY a/k/a THE UPJOHN COMPANY,
DART INDUSTRIES INC., a successor to REXALL DRUG COMPANY, INC.,
GALEXOSMITHKLINE INC., a successor to S.E. MASSENGILL AND
  BURROUGHS-WELCOME,
LANNETT COMPANY, INC., a Pennsylvania Corporation
       Defendants

## STIPULATION OF DISMISSAL

The undersigned parties to the above-captioned matter hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims against the defendant, Lannett Company, Inc., be dismissed with prejudice and without costs to any party.

The Plaintiff,
By her attorneys

_Renee Robinson-Meyer/ajm_
Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee Lynne Robinson-Meyer, Esq.
Steven Jay Lewis, Esq.
Aaron Levine & Associates
1320 Nineteenth Street N. W., Suite 500
Washington, DC 20036
(202) 833-8040

- 2 -

*Sheila Mone* /ajm
Sheila Mone, BBO#634615
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446
(617) 566-2700

Defendant Eli Lilly and Company,
By its attorneys,

*Brian L. Henninger* /ajm
James J. Dillon, BBO #124660
Brian L. Henninger, BBO#657926
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Defendant SmithKline Beecham d/b/a Glaxosmithkline,
By its attorneys,

*Robert Curley* /ajm
Robert A. Curley, BBO#109180
Curley & Curley, P.C.
27 School Street
Boston, MA 02108
(617) 523-2990

- 3 -

Defendant Premo Pharmaceutical Laboratories, Inc.
By its attorneys,

*Jodi Buske/ajm*

Jodi M. Buske, BBO#657990
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Defendant Lannett Company, Inc.,
By its attorneys,

Peter M. Durney, BBO#139260
Anthony J. Manhart, BBO#657610
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100


### CERTIFICATE OF SERVICE

I, Anthony J. Manhart, attorney for the defendant, Lannett Company, Inc., hereby certify that on the 26th day of April, 2005, a true copy of the foregoing Stipulation of Dismissal was served by (hand) (mail, postage prepaid), directed to:

| | |
|---|---|
| Aaron M. Levine, Esq.<br>Brandon J. Levine, Esq.<br>Renee Lynne Robinson-Meyer, Esq.<br>Steven Jay Lewis, Esq.<br>Aaron Levine & Associates<br>1320 Nineteenth Street N. W., Suite 500<br>Washington, DC 20036 | Sheila Mone, Esq.<br>Kenneth M. Levine & Associates<br>370 Washington Street<br>Brookline, MA 02446 |

- 4 -

| | |
|---|---|
| James J. Dillon, Esq.<br>John M. (Granberry) Gransky, Esq.<br>Ericka L. Harper, Esq.<br>Brian L. Henninger, Esq.<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA  02210-2600 | Lawrence Hedrick Martin, Esq.<br>Foley Hoag LLP<br>1875 K Street, NW, Suite 800<br>Washington, DC  20006 |
| Sidney G. Leech<br>Goodell, Devries, Leech & Dann, LLP<br>One South Street, Suite 2000<br>Baltimore, MD  21202 | Jennifer Gardner Levy<br>Kirkland & Ellis<br>Civil Litigation<br>655 15th Street NW<br>Washington, DC  20005-5793 |
| Julie M. Wade, Esq.<br>Jodi B. Buske, Esq.<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA  02109-2881 | Janet K. Coleman, Esq.<br>Kathleen Dick Leslie, Esq.<br>Daniel W. Whitney, Esq.<br>Whitney & Bogris, LLP<br>401 Washington Avenue, 12th Floor<br>Towson, MD  21204 |
| Robert A. Curley, Jr., Esq.<br>27 School Street<br>Boston, MA  02108 | |

_____
Anthony J. Manhart