UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:04-cv-12178-MLW

| |
|---|
| CAROLYN FARRELL,<br>    Plaintiff<br>v.<br>ELI LILLY AND COMPANY,<br>ABBOTT LABORATORIES, INC.,<br>PHARMACIA & UPJOHN COMPANY<br> a/k/a THE UPJOHN COMPANY,<br>DART INDUSTRIES, INC., a successor<br>  to REXALL DRUG COMPANY, INC.,<br>GLAXOSMITHKLINE, INC., a successor<br>  to S.E. MASSENGILL AND<br>  BURROUGHS-WELCOME,<br>LANNETT COMPANY, INC., a   Pennsylvania Corporation,<br>    Defendants |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please enter my appearance on behalf of the Defendant Glaxosmithkline, Inc. in the above matter effective immediately.

GLAXOSMITHKLINE, INC.
By its Attorneys,

CURLEY & CURLEY P.C.


 /s/ Robert A. Curley, Jr.
Robert A. Curley, Jr., Esq.
27 School Street
Boston   MA   02108
(617) 523-2990
fax: (617) 523-7602
BBO # 109180

CERTIFICATE OF SERVICE

I, Robert A. Curley, Jr., Esq., hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of

Case 1:04-cv-12178-MLW   Document 53   Filed 05/06/2005   Page 2 of 4

-2-

record:

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee Lynne Robinson-Meyer, Esq.
Steven Jay Lewis, Esq.
Aaron Levine & Associates
1320 Nineteenth Street, N.W., Suite 500
Washington   DC   20036

Sheila Mone, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline   MA   02446

James J. Dillon, Esq.
Brian L. Henninger, Esq.
Lawrence Hedrick Martin, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston   MA   02210

Julie M. Wade, Esq.
Jodi M. Buske, Esq.
Goodwin Procter LLP
Exchange Place
Boston   MA   02109

Sidney G. Leech, Esq.
Goodell, Devries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore   MD   21202

Jennifer Gardner Levy, Esq.
Kirkland & Ellis
Civil Litigation
655 15th Street, N.W.
Washington   DC   20005-5793

-3-

Janet K. Coleman, Esq.
Kathleen Dick Leslie, Esq.
Daniel W. Whitney, Esq.
Whitney & Bogris, LLP
401 Washington Avenue, 12th floor
Towson   MD   21204

Dated: May 6, 2005                    /s/ Robert A. Curley, Jr.
                                      Robert A. Curley, Jr., Esq.
                                      CURLEY & CURLEY P.C.
                                      27 School Street
                                      Boston   MA   02108
                                      (617) 523-2990
                                      fax: (617) 523-7602
                                      BBO # 109180