UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL

    Plaintiffs

v.     CA. No. 1:04-cv-12178-MLW

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF APPEARANCE

COME NOW Kenneth M. Levine of the firm of Kenneth m. Levine & associates, 370 Washington Street, Brookline, Massachusetts 02445 and file his appearance as counsel for the Plaintiff in the above referenced matter.

Respectfully submitted this 9th day of MAY, 2005

/s/ Kenneth M. Levine
_____
Kenneth M. Levine, BBO#296850
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED:    May 9, 2005