UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL
    Plaintiff

v.                          CA. No. 1:04-cv-12178-MLW

ELI LIILY AND COMPANY,
et al

    Defendants

## ATTORNEY'S AFFIDAVIT TO SHOW CASE

I, Aaron M. Levine, state as follows:

1. I am lead counsel for plaintiff in the above-referenced matter.
2. I am a member in good standing of the Bar of the District of Columbia, the United States District Court for the District of Columbia and the United States Court of Appeals.
3. Attorneys Kenneth M. Levine and Sheila E. Mone have acted as local counsel on my behalf in several cases involving DES exposure pending in the United States District Court.
4. Prior to the Scheduling Conference of April 22, 2005, I have never been advised nor have I ever been aware that my attendance at a Scheduling Conference was required.
5. After reviewing the Notice of Scheduling Conference dated March 10, 2005 and in preparation for the Scheduling Conference of April 22, 2005, I was advised by Attorney Kenneth Levine that my presence was not required pursuant to the Local Rules. (See Attorney's Affidavit attached hereto).
8. I was further advised by Attorney Levine that Attorney Mone would be attending the Scheduling Conference. (See Attorney's Affidavit attached hereto).
9. I consider all court appearances to be of the utmost importance and will in the future adhere to the language of any court notice.

It is respectfully requested that sanctions not be imposed for my failure to appear at the April 22, 2005 Scheduling Conference.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF MAY 2005.

_____
Aaron M. Levine