UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL

    Plaintiffs

v.                                                    CA. No. 1:04-cv-12178-MLW

ELI LIILY AND COMPANY, et al

    Defendant

### NOTICE OF APPEARANCE

    COME NOW Kenneth M. Levine of the firm of Kenneth M. Levine & Associates, 370 Washington Street, Brookline, Massachusetts 02445 and file his appearance as counsel for the Plaintiffs in the above referenced matter.

    Respectfully submitted this 31st day of May, 2005.


                                      /s/ Kenneth M. Levine
                                      _____
                                      Kenneth M. Levine, BBO#296850
                                      Kenneth M. Levine & Associates
                                      370 Washington Street
                                      Brookline, MA 02446
                                      617-566-2700