**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CAROLYN FARRELL
    Plaintiff,

v.                                     CA. No. 1:04-cv-12178-MLW

ELI LILLY AND COMPANY, et al
    Defendant

**ASSENTED TO MOTION TO ADMIT ATTORNEY PRO HAC VICE**

    COMES NOW the Plaintiff in the above-entitled action and moves that this Honorable Court admit Attorney Aaron Levine into the case as counsel for the Plaintiff Pro Hac Vice.

    The case sub judice is a complex product liability matter involving the product known as DES. Attorney Aaron Levine's practice specializes in the area of medical product liability and in particular cases concerning the product DES.

    Local counsel Kenneth M. Levine is a member of the United States District Court for the District of Massachusetts and shall maintain an appearance for the Plaintiff as well.

    Attached hereto and incorporated herein is an Affidavit of Attorney Aaron M. Levine.

The motion is assented to by Counsel for the Defendant.

Respectfully submitted this 23rd day of June, 2005.

                The Plaintiff,
                By her Attorneys,

                /s/ Kenneth M. Levine
                _____
                Kenneth M. Levine, BBO# 296850
                Kenneth M. Levine & Associates
                370 Washington Street
                Brookline, MA  02446
                (617) 566-2700

Assented to :

/s/ James J. Dillon
_____
Brian L. Henninger, Esq.
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA  02110-2600
(617) 832-3061
Attorneys for the Defendant, Eli Lilly

/s/ Robert A. Curley, Jr.
_____
Robert A. Curley, Jr., Esq.
Curley & Curley
27 School Street, 6th Floor
Boston, MA  02108
(617) 523-2990
Attorneys for Glaxosmithkline Inc.


/s/ Jodi B. Buske
_____
Jodi B. Buske, Esq.
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 570-8345