UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL
    Plaintiff

v.                              CA. No. 1:04-cv-12178-MLW

ELI LIILY AND COMPANY,
et al

    Defendants

## ATTORNEY'S AFFIDAVIT

I, Aaron M. Levine, hereby apply to the Court pursuant to the Local Rules of the United States District Court for permission to appear and participate in the action on behalf of the Plaintiff, by whom I have been retained and state:

1. I am a member in good standing of the Bar of the District of Columbia, the United States District Court for the District of Columbia, the United States Court of Appeals and every jurisdiction in which I have been admitted to practice.

2. I am the president and principal trial lawyer of the firm Aaron M. Levine & Associates, 1320 19th Street NW, Suite 500, Washington DC, 20036.

3. The case sub judice is a product liability matter involving an injury to the minor child during development before birth.

4. My practice specializes in the area of medical product liability, and in particular DES cases.

5. I have a longstanding relationship with the Plaintiff, and have been requested to become lead counsel in the case by the Plaintiff.

6. It would create serious and substantial hardship to the Plaintiff if the applicant were not allowed to appear as counsel.

7. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Aaron M. Levine

Dated:

SUBSCRIBED AND SWORN TO
Before me this 20th day of June, 2005

_____
NOTARY PUBLIC

Wayne Lewis
Notary Public, District of Columbia
My Commission Expires 06-14-2009