UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CAROLYN FARRELL,**
      **Plaintiff**

      v.                                                                              C.A. No. 04-12178-MLW

**LANNETT CO., INC., et al**
      **Defendants**

**JUDGMENT**

**WOLF, D. J.**

In accordance with the Court's Allowance of the defendant's motion for entry of separate and final judgment (docket number 56) dated **June 24, 2005**, in the above-referenced action, it is hereby ORDERED:

Judgment for the <u>defendant</u> Lannett Company, Inc.

                              By the Court,

**June 24, 2005**                                                                /s/ Dennis O'Leary
**Date**                                                                              **Deputy Clerk**

(judge-sj.wpd - 12/98)                                                                                                         [jgm.]