UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL,

    Plaintiff,

v.

ELI LILLY AND COMPANY, ET AL.,

    Defendants.

Civil Action No.04-CV-12178-MLW

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Sheryl A. Koval, as counsel for the defendant Premo Pharmaceutical Laboratories, Inc., in the above-entitled case.

    Respectfully submitted,

    PREMO PHARMACEUTICAL
    LABORATORIES, INC.

    By its attorneys,

    /s/Sheryl A. Koval
    Sheryl A. Koval (657735)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109-2881
    617.570.1000

Dated: July 5, 2005

LIBA/1514635.1