UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN FARRELL,          )
    Plaintiff,        )
                      )
v.                        )     C.A. No. 04-12178-MLW
                      )
ELI LILY AND COMPANY,     )
ET AL,                    )
    Defendants.       )

ORDER

WOLF, D.J.                                    June 24, 2005

    1.  The court has considered the affidavits filed by Aaron Levine, Esq. and Kenneth Levine, Esq. in response to the April 22, 2005 Order. Kenneth Levine states that he advised Aaron Levine that he did not have to attend the April 22, 2005 Scheduling Conference despite the express statement in the Notice of Scheduling Conference requiring the "attendance of the senior lawyers ultimately responsible for the case." It is this court's regular practice to enforce this requirement and there was not good cause for Kenneth Levine, who could have easily called this Court's Deputy Clerk if he had a question about this court's practice, to advise Aaron Levine that his attendance was not required. Accordingly, it is hereby ORDERED, pursuant to Federal Rule of Civil Procedure 16(f), that Kenneth Levine shall by July 8, 2005, pay sanctions in the amount of $750 for causing Aaron Levine to fail to attend the April 22, 2005 conference.

    2.  The April 22, 2005 Order directed Aaron Levine to submit by March 10, 2005, a motion for his admission pro hac vice in the

manner required by Local Rule 83.5.3(b), with the required fifty dollar fee. No such motion was filed until June 23, 2005, and the fee has not yet been paid. Therefore, that motion (Docket No. 58) is hereby DENIED.

                                                      /s/ Mark L. Wolf
                                                      UNITED STATES DISTRICT JUDGE