UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CAROLYN FARRELL,

                Plaintiff,

v.

ELI LILLY AND COMPANY, et al.,

                Defendants.

---

Civil Action No. 1:04-cv-12178 (MLW)

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Carolyn Farrell hereby Dismisses the above-referenced action in its entirety as to defendant Premo Pharmaceutical Laboratories, Inc. With Prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Sheila Mone (by permission) | /s/ Jodi B. Buske |
| Sheila Mone (BBO #534615) | Jodi B. Buske (BBO #657990) |
| Kenneth Levine & Associates | Goodwin Procter LLP |
| 370 Washington Street | Exchange Place |
| Boston, Massachusetts 02446 | Boston, Massachusetts 02109-2881 |
| 617-566-2700 | 617-570-8345 |
| | |
| Aaron M. Levine, Esq. | Christopher Garvey, Esq. |
| Aaron M. Levine & Associates, P.A. | Diana M. Rosenberg, Esq. |
| 1320 19th Street, N.W., Suite 500 | Goodwin Procter LLP |
| Washington, D.C. 20036 | 599 Lexington Avenue |
| | New York, New York 10022 |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |
| | *Premo Pharmaceutical Laboratories, Inc.* |

<table>
<tr><td>

/s/ Brian L. Henninger (by permission)
James J. Dillon (BBO #124660)
Brian L. Henninger (BBO # 657926)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
617-832-1000

*Attorneys for Eli Lilly and Company*

</td><td>

/s/ Robert A. Curley (by permission)
Robert A. Curley (BBO #109180)
Curley & Curley P.C.
27 School Street
6th Floor
Boston, Massachusetts 02108
617-523-2990

Janet K. Coleman
Kathleen Dick Leslie
Whitney & Bogris, LLP
401 Washington Avenue
12th Floor
Towson, Maryland 21204
410-583-8000

*Attorneys for Defendant Glaxosmithkline Inc.*

</td></tr>
</table>