IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYNE FARRELL, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 1:04-cv-12178-MLW |
| ] | Next Event: Scheduling Conference on |
| ELI LILLY AND COMPANY, et al., ] | November 10, 2005 at 3:30 p.m. |
| ] | |
| Defendants. ] | |

## STATUS REPORT

Pursuant to this Court's April 22, 2005, Scheduling Order, the plaintiff hereby submits and advises the Court that this matter has been resolved with all Defendants and the Stipulation of Dismissal of this matter in its entirety has been filed with the Court this date.     .

Respectfully submitted,

KENNETH M. LEVINE & ASSOCIATES


 /s/ Kenneth M. Levine
KENNETH M. LEVINE, BBO#296850
370 Washington Street
Brookline, MA   02445
617-566-2700

Attorneys for Plaintiffs


Dated: October 28, 2005