UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYNE FARRELL,<br><br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>        Defendants. | CIVIL ACTION No. 04-CV-12178 (MLW) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Carolyne Farrell and Defendants Eli Lilly and Company and GlaxoSmithKline, acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice in its entirety.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

B3114472.2

| | |
|---|---|
| CAROLYNE FARRELL,<br>By her attorneys, | ELI LILLY AND COMPANY,<br>By its attorneys, |
| /s/ Sheila Mone (by permission)<br>Sheila Mone (BBO # 634615)<br>Kenneth Levine & Associates<br>370 Washington Street<br>Brookline, MA 02445<br>617-566-2700 | /s/ Brian L. Henninger<br>James J. Dillon (BBO # 124660)<br>Brian L. Henninger (BBO # 657926)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>617-832-1000 |
| | GLAXOSMITHKLINE,<br>By its attorneys, |
| | /s/ Robert A. Curley, Jr.<br>Robert A. Curley, Jr. (BBO # 109180)<br>Curley & Curley P.C.<br>27 School Street, 6th Floor<br>Boston, MA 02108<br>617-523-2990 |

Dated: October 28, 2005